**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **CATHY GOLSTON and** | ) |
| **TOMMY GOLSTON,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **vs.** | ) **CIVIL ACTION NO. 10-00052-CG-C** |
| | ) |
| **ROBIN DORITY CLINKENBEARD,** | ) |
| **THOMAS BURNETTE,** | ) |
| **AIG-21ST CENTURY INSURANCE,** | ) |
| **FARMERS INSURANCE COMPANY** | ) |
| **OF ARIZONA,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

The parties each having advised the court that this action has settled (Doc. 58), it is **ORDERED, ADJUDGED, and DECREED** that all claims in this case are hereby **DISMISSED WITH PREJUDICE**.  Any party may move for reinstatement within the next thirty (30) days should settlement not be consummated.  No costs shall be taxed.

   **DONE and ORDERED** this 3rd day of May, 2011.


                         /s/ Callie V. S. Granade
                         UNITED STATES DISTRICT JUDGE